## Commonwealth *v.* Carter, Appellant.

Argued January 8, 1974.   Before JONES, C. J., O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Joseph Michael Smith,* with him *F. Emmett Fitzpatrick, Jr.,* and *Fitzpatrick & Smith,* for appellant.

*William Stevens,* Assistant District Attorney, with him *Albert L. Becker, James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 25, 1974:
The court being evenly divided, the judgment of sentence is affirmed.

Mr. Justice EAGEN took no part in the consideration or decision of this case.